DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ELLIS v. WILLIAMS

No. 107PA86.

Case below: 78 N.C. App. 433.

Petition by several plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed limited to consideration of the interpretation and application of Appellate Rule 10 to summary judgments 12 August 1986.

## GHIDORZI CONSTRUCTION, INC. v. TOWN OF CHAPEL HILL

No. 364P86.

Case below: 80 N.C. App. 438.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## HARTON v. HARTON

No. 414P86.

Case below: 81 N.C. App. 295.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## HINSON v. HINSON

No. 303P86.

Case below: 80 N.C. App. 337.

Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 12 August 1986. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## IN RE BADZINSKI

No. 143P86.

Case below: 79 N.C. App. 250.

Petition by Wake County Department of Social Services and Badzinski for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.